UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-　　　　　　　　　　　　　　　　　　　　No.   23 CR 666-LTS

ROBERTO LENDOF,

       Defendant.

-------------------------------------------------------x

ORDER

      An initial pretrial conference in this case is hereby scheduled to proceed on **January 9, 2024, at 2:00 pm** in Courtroom 17C.

      SO ORDERED.

Dated: New York, New York
       December 19, 2023

                                        /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                                     Chief United States District Judge