

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## **MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 26, 2024

The Honorable Laura T. Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouses
500 Pearl St.
New York, NY 10007-1312

     Re:    *United States v. Roberto Lendof*, 23 Cr. 666 (LTS)

Dear Chief Judge Swain:

     The Government respectfully submits this joint letter to request a 30-day adjournment of the status conference currently scheduled for September 5, 2024. The additional time would allow parties to continue their discussions regarding a possible pretrial disposition.

     With the defense's consent, the Government also requests the exclusion of time under the Speedy Trial clock until the new status conference date. The interests served by such an exclusion outweigh the public and the defendants' interest in a speedy trial for the reasons stated above.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____

Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

By CM/ECF: Amy Gallicchio, Esq.

The foregoing request is granted. The Court hereby schedules the next conference in this matter for October 2, 2024, at 11:30 am. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through October 2, 2023 outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated herein. DE 30 resolved.
SO ORDERED.
8/29/24
/s/ Laura Taylor Swain, Chief USDJ