

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

November 12, 2024

The Honorable Laura T. Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouses
500 Pearl St.
New York, NY 10007-1312

     Re:    *United States v. Roberto Lendof*, 23 Cr. 666 (LTS)

Dear Chief Judge Swain:

     The Government respectfully submits this joint letter to request that the status conference currently scheduled for November 13, 2024 be adjourned until November 22, 2024 at 10:30 a.m. The additional time would allow parties to continue their discussions regarding a possible pretrial disposition.

     With the defense's consent, the Government also requests the exclusion of time under the Speedy Trial clock until the new status conference date. The interests served by such an exclusion outweigh the public and the defendants' interest in a speedy trial for the reasons stated above.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney

by: _____

     Jane Y. Chong
     Assistant United States Attorney
     (917) 763-3172

By CM/ECF:  Amy Gallicchio, Esq.

The foregoing request is granted.  The pretrial conference in this case is hereby adjourned to **November 22, 2024, at 10:30 AM** in Courtroom 17C.  The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations through November 22, 2024, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  DE 34 resolved.
SO ORDERED.
November 12, 2024
/s/ Laura Taylor Swain, Chief USDJ