| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| *Tamara Giwa*<br>*Executive Director* | *Jennifer L. Brown*<br>*Attorney-in-Charge* |

April 1, 2025

The Honorable Laura T. Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouses
500 Pearl St.
New York, NY 10007-1312

    Re: <u>United States v. Roberto Lendof</u>, 23 Cr. 666 (LTS)

Dear Chief Judge Swain:

    I write, with the consent of the Government, to respectfully request a 90-day adjournment of the sentencing hearing in the above captioned case currently scheduled for April 16, 2025. I am currently on trial before the Honorable Margaret M. Garnett in a matter that is expected to continue into the week of April 14, 2024. As a result, I need additional time to prepare the defense sentencing submission that is presently due on April 2, 2025. I also have a variety of scheduling conflicts that would necessitate the requested adjournment.

    I thank the Court for its consideration of this matter.

                                               Respectfully submitted,

                                               */s/ Amy Gallicchio*

                                               Amy Gallicchio
                                               Assistant Federal Defender
                                               Office: (212) 417-8728
                                               Cell: (917) 612-3274

cc: AUSA Jane Chong

                                          The foregoing request is granted. The sentencing hearing in this case is hereby adjourned from April 16, 2025, at 11:00 AM to **July 15, 2025, at 12:00 PM** in Courtroom 17C. No further requests for adjournment of the sentencing date will be granted. DE 41 is resolved.
SO ORDERED.
April 2, 2025
/s/ Laura Taylor Swain, Chief USDJ