UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-　　　　　　　　　　　　　　　　　　　　　No.   23-CR-666-LTS

ROBERTO LENDOF,

       Defendant.

-------------------------------------------------------x

<u>SEALING ORDER</u>

      At the sentencing hearing on July 15, 2025, Mr. Lendof moved for redaction and sealing of certain portions of his sentencing submission that concern his mental health, as well as reports and treatment records related thereto, which application the Court granted.  The redacted version of his submission is filed at docket entry nos. 43 and 45.

      In order to effectuate sealing, counsel for Mr. Lendof is directed to promptly bring a complete, unredacted copy of Mr. Lendof's sentencing submission to the Court's Records Management Department (500 Pearl Street, Room 370) to be filed under seal, along with a copy of this Order.

      SO ORDERED.

Dated: New York, New York
       July 15, 2025

                                 /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge