| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| Tamara Giwa<br>*Executive Director* | Jennifer L. Brown<br>*Attorney-in-Charge* |

November 4, 2025     **<u>MEMO ENDORSED</u>**

**<u>BY ECF and Email</u>**
Honorable Chief Judge Laura T. Swain
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re:    <u>United States v. Roberto Lendof</u>
               **23 Cr. 666 (LTS)**

Dear Chief Judge Swain:

     I write on behalf of my client, Roberto Lendof, who was sentenced by the Court on July 15, 2025, to a five-month prison term with a surrender date of November 13, 2025, to a facility to be designated by Bureau of Prison's ("BOP"). The Court specifically recommended that Mr. Lendof *not* be designated to the Metropolitan Detention Center ("MDC"). <u>See</u> Judgment, ECF No. 50. Needless to say, the BOP did not honor the Court's recommendation and designated him to serve his sentence at the MDC.[1] <u>See</u> Exhibit A, Designation Notification.

     This letter is respectfully submitted to request that the Court (1) recommend that the BOP re-designate Mr. Lendof, consistent with the Court's recommendation that he *not* be designated to the MDC and (2) if necessary, postpone Mr. Lendof's surrender date for no more than two weeks.

     The Court's original recommendation was carefully fashioned to address, among other factors, Mr. Lendof's personal history and characteristics, his history of serious mental illness and the need for ongoing mental health treatment. The Court is well aware of the dangerous environment that exists at the MDC and its

---

[1] The attached Designation Notification reflects that the designation was completed on August 21, 2025, but I only received the Notification on November 3, 2025, after reaching out to the Department of Probation to inquire on the status of Mr. Lendof's designation.

The Honorable Laura T. Swain                                         November 4, 2025
<u>United States v. Roberto Lendof</u>
23 CR 666 (LTS)

lack of meaningful mental health treatment and/or individual counseling programs. The MDC is not suitable for a non-violent offenders with no criminal record and especially not for someone, like Mr. Lendof, who is severely mentally ill and in need of uninterrupted mental health treatment.

Therefore, I respectfully request that the Court recommend that the Bureau of Prisons re-designate Mr. Lendof to a more suitable facility with a more appropriate security level that will provide him with mental health counsel services and medication. Additionally, I ask that the Court delay Mr. Lendof's surrender date for no more than two weeks, if necessary, so that the BOP would have time to consider any such recommendation.

Thank you for your time and consideration of this request.

Respectfully submitted,

/s/ *Amy Gallicchio*
_____
Amy Gallicchio, Esq.
Assistant Federal Defender
Federal Defenders of New York
O:  212-417-8728
C:  917-612-3274

Cc:    AUSA Jane Chong

The foregoing requests for a renewed recommendation and extension of Mr. Lendof's surrender date to facilitate reconsideration of the current designation are granted. Mr. Lendof shall surrender at the designated institution no later than **2:00 PM, Tuesday, December 2, 2025.**

SO ORDERED.
November 5, 2025
/s/ Laura Taylor Swain, Chief USDJ

# EXHIBIT A

**U.S. Department of Justice**
United States Marshals Service

**LENDOF, ROBERTO | Designation Notification**

## PRISONER DETAILS

| Name | DOB | SSN | District |
|---|---|---|---|
| LENDOF, ROBERTO | 11/27/1991 | 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 | S/NY |

| USMS # | UCN/FBI # | Alien Registration # | |
|---|---|---|---|
| 64470-510 | 91295MD5 | - | |

## CASE OVERVIEW

| Court Case # | Sentence Date | Arrest Date |
|---|---|---|
| 1:2023-CR-00666 | 07/15/2025 | 06/16/2023 |

## OFFENSE DETAILS

| Court Case # | Offense | Offense # |
|---|---|---|
| 1:2023-CR-00666 | Obscene Material | 3700 |
| 1:2023-CR-00666 | Obscene Material | 3700 |

## DESIGNATION INFORMATION

**Response**
Designation Completed

| Date Designated | Designation Facility | District |
|---|---|---|
| 08/21/2025 | MDC BROOKLYN | E/NY |

**Voluntary Surrender**: Yes
**Voluntary Surrender Date**: 11/13/2025

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
Confidentiality Notice: This report contains unclassified law enforcement sensitive information and is the property of the U.S. Marshals Service. Neither it nor its content may be disseminated outside the agency or which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured, and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
Page 1 of 1