```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   23 Cr. 666-1 (LTS)
     -against-                       :   ORDER
                                     :
Roberto Lendof                       :
                                     :
         Defendant                   :
-------------------------------------X
```

LAURA TAYLOR SWAIN, Chief United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to allow Pretrial Services to remove the defendant's GPS ankle monitor on December 1, 2025, in preparation for his surrender to the Bureau of Prisons scheduled for the following date.

    Dated: New York, New York
           November 25, 2025

                                        SO ORDERED:

                                        /s/ Laura Taylor Swain
                                        _____
                                        LAURA TAYLOR SWAIN
                                        Chief U.S. District Judge